UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E. Norman, LLC
Washington Professional Campus, II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856)374-3100

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Thomas A. Spezzano Jr.

Case No.: 14-28616
Chapter: 13
Judge: CMG

## ORDER AUTHORIZING RETENTION OF

Robert Ieradi of Berkshire Hathaway

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _Robert Ieradi of Berkshire Hathaway_ as _Realtor_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1025 Briggs Road, Suite 148
   Mount Laurel, NJ 08054-4103

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 14-28616-CMG
Thomas A Spezzano, Jr                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 1       Date Rcvd: Jul 28, 2020
                              Form ID: pdf903         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db             +Thomas A Spezzano, Jr,    101 West Plover Way,    Lavallette, NJ 08735-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    CENLAR FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    CENLAR FSB josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    CENLAR FSB rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Thomas A Spezzano, Jr rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                             TOTAL: 6