**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas A Spezzano Jr <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7977 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–28616–CMG | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas A Spezzano Jr

<u>8/6/20</u>                                                                        **By the court:** <u>Christine M. Gravelle</u>
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 14-28616-CMG
Thomas A Spezzano, Jr                                                      Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: Aug 06, 2020
                              Form ID: 3180W                Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db             +Thomas A Spezzano, Jr,    101 West Plover Way,    Lavallette, NJ 08735-1237
r              +Robert Ieradi,    Berkshire Hathaway,    1025 Briggs Road,    Suite 148,
                 Mt. Laurel, NJ 08054-4103
515269700       Apex Asset Management,    2501 Oregon Pike, Ste102,    Lancaster, PA 17601-4890
515042103      +Atlantic Crd,    P O Box 13386,    Roanoke, VA 24033-3386
515099932      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515263390      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515042114      +Central Loan,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515042127      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
515042133      +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop code: 3290,
                 Omaha, NE 68197-0003
515042135      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
515042134      +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
515042140      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515042143      +Meridian Fin,    1636 Hendersonville Rd S,    Asheville, NC 28803-3197
515049069     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:  First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha Ne 68197)
515042149      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515042150       Principal Residentl Mt,    Pob 711,    Des Moines, IA 50303
515042156      +Sst/cigpficorp,    4315 Pickett Rd,    St Joseph, MO 64503-1600
515042157      +Sst/columbus Bank&trus,    Attn:Bankruptcy,    PO Box 3997,    St. Joseph, MO 64503-0997
515042158      +Sst/synovus,    Po Box 3997,    Saint Joseph, MO 64503-0997
515055047      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515042169     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court:  Us Dept Of Education,    Po Box 7202,    Utica, NY 13504)
515042163       U S Dept Of Ed/gsl/atl,    Po Box 4222,    Iowa City, IA 52244
515042166      +Union Fed Sv,    425 Phillip Blvd,    Ewing, NJ 08618-1430
515042164      +Union Fed Sv,    1565 Mineral Spring Ave,    North Providence, RI 02904-4000
515269701      +Virtua Health Marlton,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:28:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515069770      +E-mail/Text: mary.stewart@abcofcu.org Aug 07 2020 00:28:34       ABCO Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
515042100      +E-mail/Text: mary.stewart@abcofcu.org Aug 07 2020 00:28:34       Abco Federal Cr Union,
                 Po Box 247,    Rancocas, NJ 08073-0247
515042102      +EDI: GMACFS.COM Aug 07 2020 03:53:00      Ally Financial*,    Attn: Bankruptcy Dept,
                 PO Box 130424,    Roseville, MN 55113-0004
515066159       EDI: AIS.COM Aug 07 2020 03:53:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515042105       EDI: BANKAMER.COM Aug 07 2020 03:53:00      Bank Of America*,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC, 27410
515042109       EDI: BANKAMER.COM Aug 07 2020 03:53:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515042106      +EDI: TSYS2.COM Aug 07 2020 03:53:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
515042107      +EDI: TSYS2.COM Aug 07 2020 03:53:00      Barclays Bank Delaware*,    Attn: Bankruptcy,
                 P.O. Box 8801,    Wilmington, DE 19899-8801
515042108       EDI: BANKAMER.COM Aug 07 2020 03:53:00      Bk Of Amer,    De5-019-03-07,    Newark, DE 19714
515042111       EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Cap One,    Po Box 85520,    Richmond, VA 23285
515042119       EDI: CITICORP.COM Aug 07 2020 03:53:00      Citibank Sd, Na*,    Attn: Centralized Bankruptcy,
                 PO Box 20363,    Kansas City, MO, 64195
515042121       EDI: CITICORP.COM Aug 07 2020 03:53:00      Citibank Usa*,
                 Citicorp Credit Services/Attn:Centralize,    PO Box 20363,    Kansas City, MO, 64195
515042131       EDI: CITICORP.COM Aug 07 2020 03:53:00      Exxmblciti*,    Attn.: Centralized  Bankruptcy,
                 PO Box 20507,    Kansas City, MO, 64195
515042168       EDI: CITICORP.COM Aug 07 2020 03:53:00      Unvl/citi*,    Attn.: Centralized  Bankruptcy,
                 PO Box 20507,    Kansas City, MO, 64195
515042112      +EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Cap1/boscv,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
515042113      +EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Capital 1 Bank*,    Attn: General Correspondence,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
515162351       EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515042117      +EDI: CITICORP.COM Aug 07 2020 03:53:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515042122       E-mail/PDF: DellBKNotifications@resurgent.com Aug 07 2020 00:34:34      Dell Financial Services*,
                 Dell Financial Services Attn: Bankrupcty,    PO Box 81577,    Austin, TX, 78708
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Aug 06, 2020
                              Form ID: 3180W           Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515042123      E-mail/PDF: DellBKNotifications@resurgent.com Aug 07 2020 00:34:35       Dfs/webbank,
               1 Dell Way,    Round Rock, TX 78682
515042125      EDI: DISCOVER.COM Aug 07 2020 03:53:00       Discoverbank,    Po Box15316,    Wilmington, DE 19850
515051892      EDI: DISCOVER.COM Aug 07 2020 03:53:00       Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
515042124     +EDI: DISCOVER.COM Aug 07 2020 03:53:00       Discover Fin Svcs Llc,    Po Box15316,
               Wilmington, DE 19850-5316
515258606      EDI: ECAST.COM Aug 07 2020 03:53:00       ECAST SETTLEMENT CORPORATION, ASSIGNEE,
               OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
515042130     +EDI: CITICORP.COM Aug 07 2020 03:53:00       Exxmblciti,    Po Box 6497,
               Sioux Falls, SD 57117-6497
515042132     +E-mail/Text: bankrupt@zcapservices.com Aug 07 2020 00:27:57       Festiva Rsrt,
               One Vance Gap Road,    Asheville, NC 28805-1227
515042136     +EDI: GMACFS.COM Aug 07 2020 03:53:00       G M A C,    P O Box 380901,
               Bloomington, MN 55438-0901
515042137     +EDI: RMSC.COM Aug 07 2020 03:53:00       GECRB/JC Penny*,    Attention: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
515042138     +EDI: RMSC.COM Aug 07 2020 03:53:00       GECRB/Lowes*,    Attention: Bankruptcy Department,
               PO Box 103104,    Roswell, GA 30076-9104
515042139     +EDI: PHINAMERI.COM Aug 07 2020 03:53:00       Gm Financial,    Po Box 181145,
               Arlington, TX 76096-1145
515042115      EDI: JPMORGANCHASE Aug 07 2020 03:53:00       Chase,    P.o. Box 15298,    Wilmington, DE 19850
515042140     +E-mail/Text: PBNCNotifications@peritusservices.com Aug 07 2020 00:27:28       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515042141     +EDI: PHINAMERI.COM Aug 07 2020 03:53:00       Long Beach Acceptance,    500 N State College Blvd,
               Orange, CA 92868-1604
515042142     +EDI: PHINAMERI.COM Aug 07 2020 03:53:00       Long Beach Acceptance/Americredit*,    Americredit,
               PO Box 183853,    Arlington, TX 76096-3853
515042144     +EDI: MID8.COM Aug 07 2020 03:53:00       Midland Credit Mgmt In,    8875 Aero Dr,
               San Diego, CA 92123-2255
515241318      EDI: NAVIENTFKASMSERV.COM Aug 07 2020 03:53:00       Navient Solutions, Inc.,    P.O. Box 9640,
               Wilkes-Barre, PA 18773-9640
515042146     +EDI: AGFINANCE.COM Aug 07 2020 03:53:00       Onemain Fi,    6801 Colwell Blvd,
               Irving, TX 75039-3198
515213578      EDI: PRA.COM Aug 07 2020 03:53:00       Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
               POB 41067,    Norfolk VA 23541
515192558      EDI: PRA.COM Aug 07 2020 03:53:00       Portfolio Recovery Associates, LLC,    c/o Lowe's,
               POB 41067,    Norfolk VA 23541
515259803      EDI: PRA.COM Aug 07 2020 03:53:00       Portfolio Recovery Associates, LLC,    c/o The Home Depot,
               POB 41067,    Norfolk VA 23541
515042148      EDI: PRA.COM Aug 07 2020 03:53:00       Portfolio Recovery*,    Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA, 23541
515042147     +EDI: PRA.COM Aug 07 2020 03:53:00       Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
515906313     +EDI: Q3G.COM Aug 07 2020 03:53:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
               MOMA Funding LLC 98083-0788
515906312      EDI: Q3G.COM Aug 07 2020 03:53:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
515042151     +EDI: NAVIENTFKASMSERV.COM Aug 07 2020 03:53:00       Sallie Mae,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
515042154     +EDI: SEARS.COM Aug 07 2020 03:53:00       Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515042155     +EDI: SEARS.COM Aug 07 2020 03:53:00       Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515042159     +EDI: RMSC.COM Aug 07 2020 03:53:00       Syncb/jcp,    4125 Windward Plaza,
               Alpharetta, GA 30005-8738
515042160     +EDI: RMSC.COM Aug 07 2020 03:53:00       Syncb/lowes,    4125 Windward Plaza,
               Alpharetta, GA 30005-8738
515257590     +E-mail/Text: bankruptcysst@alorica.com Aug 07 2020 00:27:10
               System & Services Technologies, Inc,    4315 Pickett Road,    St. Joseph, MO 64503-1600
515042161     +EDI: WTRRNBANK.COM Aug 07 2020 03:53:00       Td Bank Usa/targetcred,    Po Box 673,
               Minneapolis, MN 55440-0673
515042162     +EDI: CITICORP.COM Aug 07 2020 03:53:00       Thd/cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
515042167     +EDI: CITICORP.COM Aug 07 2020 03:53:00       Unvl/citi,    Po Box 6241,
               Sioux Falls, SD 57117-6241
515042171     +EDI: ECMC.COM Aug 07 2020 03:53:00       Us Dept Of Education*,    Attn: Bankruptcy,
               PO Box 16448,    Saint Paul, MN 55116-0448
515239254      EDI: ECAST.COM Aug 07 2020 03:53:00       eCAST Settlement Corporation,    POB 29262,
               New York NY 10087-9262
                                                                                                TOTAL: 57

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3              User: admin              Page 3 of 3              Date Rcvd: Aug 06, 2020
                                  Form ID: 3180W          Total Noticed: 81

515042101*      +Abco Federal Cr Union,   Po Box 247,   Rancocas, NJ 08073-0247
515042104*      +Atlantic Crd*,   PO Box 13386,   Roanoke, VA 24033-3386
515042110*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515042120*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na*,    Attn: Centralized Bankruptcy,    PO Box 20363,
                  Kansas City, MO, 64195)
515042118*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
515042116*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase,    P.o. Box 15298,    Wilmington, DE 19850)
515042145*      +Midland Credit Mgmt In,   8875 Aero Dr,   San Diego, CA 92123-2255
515042152*      +Sallie Mae,   Po Box 9655,   Wilkes Barre, PA 18773-9655
515042153*      +Sallie Mae,   Po Box 9655,   Wilkes Barre, PA 18773-9655
515042170*     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: Us Dept Of Education,    Po Box 7202,    Utica, NY 13504)
515042165*      +Union Fed Sv,   1565 Mineral Spring Ave,   North Providence, RI 02904-4000
515042172*      +Us Dept Of Education*,   Attn: Bankruptcy,   PO Box 16448,   Saint Paul, MN 55116-0448
515042126      ##+Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
515042128      ##+Equiant Financial Svcs,   5401 N Pima Rd Ste 150,   Scottsdale, AZ 85250-2630
515042129      ##+Equiant Financial Svcs*,   Attn: Bankrupty Dept,   5401 N Pima Rd,   Scottsdale, AZ 85250-2630
515269702      ##+JACE Systems,   5 Rockhill Road, Suite 2,   Cherry Hill, NJ 08003-2384
                                                                                             TOTALS: 0, * 12, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    CENLAR FSB bankruptcynotice@zuckergoldberg.com,
         bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    CENLAR FSB josh.goldman@padgettlawgroup.com,
         bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    CENLAR FSB rsolarz@kmllawgroup.com
        Ronald E. Norman    on behalf of Debtor Thomas A Spezzano, Jr rnorman@rnormanlaw.com,
         ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
         .com
                                                                                            TOTAL: 6